THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

OSTERHAUS PHARMACY, INC. on behalf of itself and all others similarly situated,

Plaintiff,

v.

CVS HEALTH CORPORATION, CVS PHARMACY, INC., CAREMARK Rx, L.L.C. (f/k/a/ CAREMARK Rx, INC.), CAREMARK, L.L.C., CAREMARKPCS, L.L.C., CAREMARK PCS HEALTH L.L.C., CAREMARK IPA, L.L.C., CAREMARK PART D SERVICES, LLC, AETNA INC., AETNA HEALTH HOLDINGS, LLC, AND AETNA HEALTH MANAGEMENT, LLC,

Defendants.

NO. 2:23-cv-01500-RSM

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff submits as supplemental authority relating to Defendants' motion to compel arbitration (Dkt. No. 42), the United States Supreme Court's decision in *Smith v. Spizzirri*, 144 S. Ct. 1173 (May 16, 2024). *Smith* relates to Plaintiff's argument on pages 24-25 of Plaintiff's opposition (Dkt. No. 44), that the matter should be stayed, not dismissed, during the pendency of any arbitration. The attached decision was issued after briefing on the motion was complete.

RESPECTFULLY SUBMITTED AND DATED this 14th day of June, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
Beth E. Terrell, WSBA #26759

PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 1
Case No. 2:23-cv-01500-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Email: bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA #29147
Email: asteiner@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Joshua Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
BERGER MONTAGUE P.C.
505 Montgomery St, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684

John Roberti, *Admitted Pro Hac Vice*
Email: jroberti@cohengresser.com
Melissa Maxman, *Admitted Pro Hac Vice*
Email: mmaxman@cohengresser.com
Derek Jackson, *Admitted Pro Hac Vice*
Email: djackson@cohengresser.com
Alisa Lu, *Admitted Pro Hac Vice*
Email: alu@cohengresser.com
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Telephone: (202) 851-2070

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 2
Case No. 2:23-cv-01500-RSM